IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EXELIXIS, INC., )
)
Plaintiff, )
)
v. )   C.A. No. 22-228 (RGA) (JLH)
)   **CONSOLIDATED**
MSN LABORATORIES PRIVATE LIMITED )
and MSN PHARMACEUTICALS, INC., )
)
Defendants. )

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that

the deadline for the parties to submit trial transcript errata is extended to November 13, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Anthony D. Raucci*                       */s/ Dominick T. Gattuso*
_____              _____
Jack B. Blumenfeld (#1014)                    Dominick T. Gattuso (#3630)
Anthony D. Raucci (#5948)                     300 Delaware Avenue, Suite 200
1201 North Market Street                      Wilmington, DE  19801
P.O. Box 1347                                 (302) 472-7300
Wilmington, DE  19899                         dgattuso@hegh.law
(302) 658-9200
jblumenfeld@morrisnichols.com                 *Attorneys for Defendants MSN Laboratories*
araucci@morrisnichols.com                     *Private Limited and MSN Pharmaceuticals,*
                                              *Inc.*

*Attorneys for Plaintiff Exelixis, Inc.*

November 8, 2023

SO ORDERED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE