

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: 302-472-7311
dgattuso@hegh.law

February 27, 2024

**VIA CM-ECF**
**& HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Room 6325
Wilmington, DE 19801

Re:  *Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*
     **C.A. No. 22-228-RGA-JLH**

Dear Judge Andrews:

Enclosed are two thumb drives, each containing electronic versions of Defendant MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.'s (together, "MSN") post-trial briefing and findings of fact (as identified below) with hyperlinks to the exhibits, transcripts, cases and statutes cited therein.

1. MSN's Opening Post-Trial Brief on Invalidity of U.S. Patent No. 11,298,349 (D.I. 169);

2. MSN's Proposed Findings of Fact on Invalidity of U.S. Patent No. 11,298,349 (D.I. 170);

3. MSN's Responsive Post-Trial Brief on Non-Infringement of U.S. Patent No. 11,298,349 (D.I. 173);

4. MSN's Responsive Proposed Findings of Fact (D.I. 174); and,

5. MSN's Reply Post-Trial Brief on Invalidity (D.I. 177).

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/ram
Enclosures
cc:   Plaintiffs' Counsel of Record (via e-mail w/out enclosures)