IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-228 (RGA) |
| | ) **CONSOLIDATED** |
| MSN LABORATORIES PRIVATE LIMITED and MSN PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-287 (RGA) |
| | ) |
| CIPLA LTD. and CIPLA USA, INC., | ) |
| | ) |
| Defendants. | ) |
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-565 (RGA) |
| | ) |
| CIPLA LTD. and CIPLA USA, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Kevin M. Yurkerwich of WILMER CUTLER PICKERING HALE AND DORR LLP for plaintiff Exelixis, Inc. is hereby withdrawn. Plaintiff will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and WILMER CUTLER PICKERING HALE AND DORR LLP.

|  |  |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Lisa J. Pirozzolo<br>Emily R. Whelan<br>Kevin S. Prussia<br>Amy L. Mahan<br>Labdhi Sheth<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000<br><br>Amy K. Wigmore<br>Gerard A. Salvatore<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC  20037<br>(202) 663-6000<br><br>June 13, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Exelixis, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>Brendan Patrick McDonnell, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Bryce A. Cooper, Esquire<br>Kurt A. Mathas, Esquire<br>Kevin J. Boyle, Esquire<br>Brian O'Gara, Esquire<br>Elizabeth E. Grden, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive,<br>Chicago, IL  60601-9703<br>*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)