IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELIXIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-228 (RGA) |
| | ) | (Consolidated) |
| MSN LABORATORIES PRIVATE | ) | |
| LIMITED and MSN PHARMACEUTICALS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINAL JUDGMENT**

**WHEREAS** this patent infringement action was brought by Exelixis, Inc. ("Exelixis") alleging, inter alia, that the submission of Abbreviated New Drug Application ("ANDA") No. 213878 by MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. (collectively, "MSN") infringed claim 4 of U.S. Patent No. 11,091,439 (the "'439 patent"), claim 3 of U.S. Patent No. 11,091,440 (the "'440 patent"), claim 2 of U.S. Patent No. 11,098,015 (the "'015 patent"), and claim 3 of U.S. Patent No. 11,298,349 (the "'349 patent"). *See* D.I. 1 (alleging infringement of claims of '439, '440, and '015 patents);[1] *Exelixis, Inc. v. MSN Labs. Pvt. Ltd.*, C.A. No. 22-945, D.I. 1 (D. Del. July 18, 2022) (alleging infringement of claims of '349 patent);

**WHEREAS** C.A. No. 22-228 (D. Del.) and C.A. No. 22-945 (D. Del.) were consolidated (D.I. 38);

**WHEREAS** MSN stipulated to infringement of claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent, if those claims were not found invalid (D.I. 26, 1-2);

---

[1] Unless stated otherwise, references to D.I. refer to the docket index number of filings in C.A. No. 22-228 (D. Del.).

**WHEREAS** this matter came before the Court for a bench trial to resolve the questions of (1) whether claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent are invalid by reason of lacking an adequate written description; (2) whether claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent are invalid by reason of obviousness-type double patenting; (3) whether the submission of MSN's ANDA No. 213878 constituted infringement of claim 3 of the '349 patent; and (4) whether claim 3 of the '349 patent is invalid by reason of obviousness.

**WHEREAS** the Court held a bench trial in the above-captioned action from October 23 to October 26, 2023; and

**WHEREAS** the Court issued an opinion setting forth its findings of fact and conclusions of law on October 15, 2023 (D.I. 186).

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.      Final judgment is entered in favor of Exelixis and against MSN on (1) Exelixis' claim of infringement under 35 U.S.C. § 271(e)(2) of claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent; (2) MSN's claim for a declaratory judgment of non-infringement under 35 U.S.C. § 271(e)(2) of claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent.

2.      Final judgment is entered in favor of Exelixis and against MSN on MSN's claim for a declaratory judgment of invalidity of claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent.

3.      Final judgment is entered in favor of MSN and against Exelixis on (1) Exelixis' claim of infringement under 35 U.S.C. § 271(e)(2) of claim 3 of the '349 patent and (2) MSN's

2

claim for a declaratory judgment of non-infringement under 35 U.S.C. § 271(e)(2) of claim 3 of the '349 patent.

4. Final judgment is entered in favor of Exelixis and against MSN on MSN's claim for a declaratory judgment of invalidity of claim 3 of the '349 patent.

5. Final judgment is entered in favor of Exelixis and against MSN that the generic cabozantinib product that is the subject of MSN's ANDA No. 213878, if approved by the FDA, would infringe claim 4 of the '439 patent, claim 3 of the '440 patent, and claim 2 of the '015 patent under 35 U.S.C. § 271(a).

6. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date under § 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)) of any final approval by the FDA of MSN's ANDA No. 213878 shall be a date not earlier than the expiration date of the '439 patent, the '440 patent, and the '015 patent (January 15, 2030), including any extensions and/or additional periods of exclusivity to that date.

7. Pursuant to 35 U.S.C. § 271(e)(4)(B), MSN and any person or entity to whom MSN transfers ANDA No. 213878, along with their respective affiliates, subsidiaries, and each of their officers, agents, servants, and employees, and those acting in privity or concert with them, are hereby enjoined from engaging in the commercial manufacture, use, offer for sale, and/or sale in the United States and/or importation into the United States of the generic cabozantinib product that is the subject of MSN's ANDA No. 213878 until the expiration date of the '439 patent, '440 patent, and '015 patent (January 15, 2030), including any extensions and/or additional periods of exclusivity to that date.

8. In the event that a party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54(d) and/or Local Rules 54.1 and/or 54.3, including any motion

3

that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within 30 days after the final disposition of any such appeal, and the responding party shall have 30 days after filing and service to respond.

9.    In the event that no party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54(d) and/or Local Rules 54.1 and/or 54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within 30 days after the expiration of the time for filing a notice of appeal under Fed. R. App. P. 3 and 4, and the responding party shall have 30 days after filing and service to respond.

10.    Pursuant to entry of this Final Judgment, all other claims and counterclaims shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated this  23  day of _____October_____ , 2024     _/s/ Richard G. Andrews_____
                                                         Honorable Richard G. Andrews
                                                         United States District Court Judge

4

## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

_____

(302) 658-9200
(302) 658-3989 FAX

Anthony D. Raucci
(302) 351-9392
araucci@morrisnichols.com

October 22, 2024

The Honorable Richard G. Andrews                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Exelixis, Inc. v. MSN Laboratories Private Limited, et al.*
           C.A. No. 22-228 (RGA) (Consolidated)

Dear Judge Andrews:

      Pursuant to the Court's October 15, 2024 Trial Opinion (D.I. 186), enclosed please find a Proposed Final Judgment for the above-captioned case. The parties have conferred and agree on its form and content.

                      Respectfully,

                      */s/ Anthony D. Raucci*

                      Anthony D. Raucci (#5948)

cc:     All Counsel of Record (via CM/ECF and e-mail)