IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>MSN LABORATORIES PRIVATE LIMITED and MSN PHARMACEUTICALS, INC,<br><br>               Defendants. | C.A. No. 22-cv-228 (RGA) (JLH)<br>(Consolidated) |

**DEFENDANTS' NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. appeal to the United States Court of Appeals for the Federal Circuit from the final judgment in the above-captioned case, entered in this action on October 23, 2024, D.I. 188, and from all orders, decisions, rulings, and opinions entered in this action and which merged into or relate to that judgment, including but not limited to the judgment against MSN on MSN's claim for a declaratory judgment of invalidity of claim 4 U.S. Patent No. 11,091,439, claim 3 of U.S. Patent No. 11,091,440, and claim 2 of U.S. Patent No. 11,098,015; and further including but not limited to the judgment against MSN on MSN's claim for a declaratory judgment of invalidity of claim 3 of U.S. Patent No. 11,298,349. Payment of the required fees is provided with this Notice.

| | |
|---|---|
| OF COUNSEL:<br><br>George C. Lombardi<br>Bryce A. Cooper<br>Kurt A. Mathas<br>Elizabeth E. Grden<br>Kevin J. Boyle<br>Brian L. O'Gara<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>(312) 558-5600<br><br>Dated:  November 22, 2024 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants*<br>*MSN Laboratories Private Limited and*<br>*MSN Pharmaceuticals, Inc.* |

2