IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELIXIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-228 (RGA) |
| | ) | **CONSOLIDATED** |
| MSN LABORATORIES PRIVATE LIMITED and MSN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CROSS-APPEAL**

Notice is given that Plaintiff Exelixis, Inc. ("Exelixis") hereby cross-appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on October 23, 2024 (D.I. 188), and from any and all orders, decisions, rulings, findings, and conclusions adverse to Exelixis, including but not limited to: (1) the judgment entered in favor of MSN and against Exelixis on Exelixis' claim of infringement under 35 U.S.C. § 271(e)(2) of claim 3 of U.S. Patent No. 11,091,439 (the "'349 patent") and MSN's claim for a declaratory judgment of non-infringement under 35 U.S.C. § 271(e)(2) of claim 3 of the '349 patent, and (2) the Trial Opinion issued on October 15, 2024 (D.I. 186). Payment of the required fee is provided with this Notice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Exelixis, Inc.*

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Kevin S. Prussia
Marissa A. Lalli
Amy L. Mahan
Labdhi Sheth
Jonathan A. Cox
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Amy K. Wigmore
Gerard A. Salvatore
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Charlotte Geaghan-Breiner
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000

November 26, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 26, 2024, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire *VIA ELECTRONIC MAIL*
Brendan Patrick McDonnell, Esquire
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*

George C. Lombardi, Esquire *VIA ELECTRONIC MAIL*
Bryce A. Cooper, Esquire
Kurt A. Mathas, Esquire
Kevin J. Boyle, Esquire
Brian O'Gara, Esquire
Elizabeth E. Grden, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive,
Chicago, IL 60601-9703
*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)