NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXELIXIS, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**
*Defendants-Appellants*

---

2025-1236, 2025-1241

---

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00228-RGA, 1:22-cv-00945-RGA, Judge Richard G. Andrews.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) Exelixis, Inc.'s cross-appeal, 2025-1241, is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 10, 2025
Date

**ISSUED AS A MANDATE** (as to 2025-1241 only):

June 10, 2025